UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KEVIN CAULEY,**

    **Plaintiff,**

                                      CASE NO.: 5:16-cv-543-OC-32PRL

**v.**

**QUEST DIAGNOSTIC, INC.,** a
**Foreign Corporation,**

    **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Kevin Cauley, by and through his undersigned counsel, hereby notifies this Court that the Parties have reached a settlement in this case. The Parties are in the process of finalizing the Settlement and request for dismissal with prejudice, and anticipate filing same with the Court within the next fourteen (14) days.

Dated this 28th day of July, 2017.

                                                                  Respectfully submitted,

                                                                  RICHARD CELLER LEGAL, P.A.
                                                                  7450 Griffin Road, Suite 230
                                                                  Davie, Florida 33314
                                                                  Telephone: (866) 344-9243
                                                                  Fax: 954-337-2771
                                                                  E-Mail: noah@floridaovertimelawyer.com

                                                                  ***/s Noah E. Storch_____***
                                                                  Noah E. Storch, Esq.
                                                                  Florida Bar No.0085476

                                                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a copy of same to all counsel of record.

/s *Noah E. Storch*__
Noah E. Storch, Esq.