## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

KEVIN CAULEY,

      Plaintiff,

v.                                     Case No. 5:16-cv-543-Oc-32PRL

QUEST DIAGNOSTICS, INC., a
foreign Corporation,

      Defendant.

_____

## O R D E R

The Court has been advised that this case has been settled (Doc. 18). Accordingly, it is now

**ORDERED:**

1.    The parties shall have until **September 29, 2017** to file a joint motion for dismissal or other appropriate documents to close out this file.

2.    If the parties have not filed settlement pleadings or a request for extension of time by the **September 29, 2017** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their**

**settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3.    All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 31st day of July, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

ab
Copies:

Counsel of record