UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KEVIN CAULEY,

     Plaintiff,

                                    CASE NO.: 5:16-cv-543-TJC-PRL

v.

QUEST DIAGNOSTICS, INC.,
a foreign corporation,

     Defendant.

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff KEVIN CAULEY and Defendant QUEST DIAGNOSTICS INCORPORATED, through their counsel, stipulate to the dismissal of this entire case with prejudice. Each party shall bear its own costs and attorneys' fees.

    Dated: September 20, 2017

| | |
|---|---|
| /s/   Noah E. Storch | /s/   Heather B. Brock |
| Noah E. Storch, Esq. | Heather Brock, Esq. |
| Florida Bar No. 0085476 | Florida Bar No. 003182 |
| Richard Celler Legal, P.A. | Michael J. Lufkin, Esq. |
| 7450 Griffin Road | Florida Bar No. 0030492 |
| Suite 230 | Buchanan Ingersoll & Rooney, P.C. |
| Davie, Florida 33314 | 401 East Jackson Street, Suite 2400 |
| Telephone: (866) 344-9243 | Tampa, FL 33602 |
| Facsimile: (954) 337-2771 | Telephone: (813) 222-2026 |
| noah@floridaovertimelawyer.com | Facsimile: (813) 222-8189 |
| | Email: heather.brock@bipc.com |
| Attorneys for Plaintiff | michael.lufkin@bipc.com |
| | Attorneys for Defendant |