# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

KEVIN CAULEY,

    Plaintiff,

v.                                          Case No.   5:16-cv-543-Oc-32PRL

QUEST DIAGNOSTICS, INC., a
foreign Corporation,

    Defendant.

_____

## **O R D E R**

Upon review of Joint Stipulation For Dismissal With Prejudice (Doc. 20), filed on September 20, 2017, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of September, 2017.

*[Signature]*
TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record